# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT DUNCAN, ET AL.

NO.   2021 CW 0311

VERSUS

THE CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE,
ET AL.

**JUNE 03, 2021**

---

In Re:    Robert  Duncan,  Michael  Colomb  and  Joan  Cardell,
          applying  for  rehearing,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 679099.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT